Chester F. Morrow, Petitioner, *v.* Commissioner of Internal Revenue, Respondent.

Docket Nos. 10488, 13011.   Promulgated December 1, 1927.

*H. W. Schultheis, Esq.*, and *Alfred S. Niles, Esq.*, for the petitioner.

*A. G. Bouchard, Esq.*, for the respondent.

OPINION.

Love: By section 216 (c) of the Revenue Acts of 1921 and 1924, it is provided that in computing the normal tax a single person shall be allowed a personal exemption of $1,000 and the head of a family shall be allowed an exemption of $2,500, except that the Revenue Act of 1921 restricts this exemption to $2,000 where the net income is in excess of $5,000.

The petitioner takes the position that during the years 1923 and 1924 he was the head of a family and is entitled to the exemption of

$2,000 and $2,500 for the respective years. The respondent contends that the petitioner is entitled only to the exemption of $1,000 provided in the case of a single person.

We have heretofore had occasion to pass upon the question involved in this proceeding in *Hannah D. Stratton*, 5 B. T. A. 1025.

In view of the Board's reasoning in the above-quoted proceedings, we are of the opinion that the petitioner herein was not the head of a family within the meaning of the Revenue Acts of 1921 and 1924.

*Judgment will be entered for the respondent.*

Considered by TRUSSELL, SMITH, and LITTLETON.